# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
The Boeing Company ) ASBCA No. 60374
)
Under Contract No. NAS10-02007 )

APPEARANCES FOR THE APPELLANT: Scott M. McCaleb, Esq.
John R. Prairie, Esq.
J. Ryan Frazee, Esq.
  Wiley Rein, LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: Scott W. Barber, Esq.
  NASA Chief Trial Attorney
Alexander T. Bakos, Esq.
  Trial Attorney
  NASA Headquarters
  Washington, DC

Ellen E. Espenschied, Esq.
  Assistant Chief Counsel
  Kennedy Space Center, FL

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 22 June 2017

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60374, Appeal of The Boeing Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
